UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NORMAN SINRICH, Plaintiff, - against – FERNWOOD ENTERPRISES, INC. Defendant. | : | 09 Civ 688 (JSR) ECF Case |

## DECLARATION OF LINDSEY SKIBELL IN FURTHER SUPPORT OF PLAINTIFF NORMAN SINICH'S MOTION TO REMAND

Lindsey Skibell declares as follows:

1. I am an associate at Friedman Kaplan Seiler & Adelman LLP, attorneys for plaintiff Norman Sinrich, and a member of the bar of this Court. I submit this declaration in further support of Plaintiff Norman Sinrich's Motion to Remand.

2. Attached as ***Exhibit 1*** is a copy of the decision in *Citigroup, Inc. v. Wachovia Corp.*, No. 08 Civ. 8668 (SAS) (S.D.N.Y. March 20, 2009).

Dated: March 23, 2009

Lindsey Skibell (rskibell@fklaw.com)